# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 23-00245 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LUTHER WILLIAMS JR (01)<br>GERMANY SIMPSON (02) | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Luther Williams' Motion to Suppress (Doc. 45), which was adopted by Defendant Germany Simpson (Doc. 47), is **DENIED**.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 15th day of August, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE